IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RICHFOOD HOLDINGS, INC. | * |
| and | * |
| MARKETING FUNDING, INC. | * |
| and | * |
| RICHFOOD, INC. | * |
| and | * |
| SUPER RITE FOODS, INC. | * |
| and | * |
| FOODARAMA, INC. | * |
|     Plaintiffs | * |
| v. | *   CIVIL ACTION NO. WMN01-2671 |
| E & S MARKETS, INC. | * |
| and | * |
| EDWARD HUNT FOOD COMPANY, INC. | * |
| and | * |
| STOP, SHOP & SAVE, INC. | * |
| and | * |
| EDWARD HUNT | * |
|     Defendants | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## STIPULATION OF EXTENSION OF TIME

The Plaintiff, Richfood Holdings, Inc., et al., and Defendant, Stop, Shop & Save, Inc., by and through their undersigned attorneys, hereby stipulate and agree that the time within which Defendant, Stop, Shop & Save, Inc. shall file an Answer to Plaintiff, Richfood Holdings, Inc., et al.'s Complaint shall be extended to and include October 24, 2001.

Blum Yumkas          Fax:4103854070                 Sep 26 '01  14:06       P.03

SEP.-25'01(TUE) 17:03    VENABLE BAETJER AND HOWARD LLP 4    TEL:410 821 0147    P. 004/004

_____          _____
Bernard S. Denick                  Daniel W. China
Blum, Yumkus, Mailman, Gutman &    Venable, Baetjer and Howard, LLP
Denick, P.A.                       210 Allegheny Avenue
2 Hopkins Plaza                    P. O. Box 5517
Baltimore, MD 21201-2913           Towson, MD 21285-5517
(410) 358-4000                     (410) 494-6200

Attorney for Defendant Stop, Shop  Attorney for Plaintiff Richfood
      & Save, Inc.                       Holdings, Inc., et al.


SO APPROVED AND ORDERED:

this __27th__ day of __September__, 2001.

_____
            JUDGE

2

TO:DOCS/123598.v1