IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 OCT 24  P 2: 20

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

| | | |
|---|---|---|
| RICHFOOD HOLDINGS, INC. | * | |
| and | * | |
| MARKETING FUNDING, INC. | * | |
| and | * | |
| RICHFOOD, INC. | * | CIVIL ACTION NO. WMN01-2671 |
| and | * | |
| SUPER RITE FOODS, INC. | * | |
| and | * | |
| FOODARAMA, INC. | * | |
| Plaintiffs | * | |
| v. | * | |
| E & S MARKETS, INC. | * | |
| and | * | |
| EDWARD HUNT FOOD COMPANY, INC. | | |
| and | * | |
| STOP, SHOP & SAVE, INC. | * | |
| and | * | |
| EDWARD HUNT | * | |
| Defendants | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF PARTIAL DISMISSAL
AS TO DEFENDANT STOP, SHOP & SAVE, INC.**

Plaintiffs Richfood Holdings, Inc., Marketing Funding, Inc., Richfood, Inc., Super Rite Foods, Inc. and Foodarama, Inc., by their undersigned attorneys and pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss any claims filed by Plaintiffs against Defendant Stop, Shop & Save, Inc. in the above-entitled case.

" _APPROVED_ " THIS 24th DAY
OF _October_, 20 01

_____
UNITED STATES DISTRICT JUDGE

_____
C. Carey Deeley, Jr.
Daniel W. China
Venable, Baetjer and Howard, LLP
210 Allegheny Avenue
P.O. Box 5517
Towson, MD 21285-5517
(410) 494-6204

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __23rd__ day of October, 2001, a copy of the foregoing Notice of Partial Dismissal as to Defendant Stop, Shop & Save, Inc. was sent via facsimile and mailed, first class, postage prepaid to:

> Bernard S. Denick
> Blum, Yumkas, Mailman, Gutman & Denick, P.A.
> 1200 Mercantile Bank & Trust Building
> 2 Hopkins Plaza
> Baltimore, MD 21201-2913

_____
Daniel W. China

TO1DOCS/124112.v1