IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RICHFOOD HOLDINGS, INC. | * | |
| MARKETING FUNDING, INC. | * | |
| RICHFOOD, INC. | * | |
| SUPER RITE FOODS, INC. | * | |
| FOODARAMA, INC. | * | |
| Plaintiffs | * | |
| v. | * | CIVIL NO. WMN-01-2671 |
| E & S MARKETS, INC. | * | |
| EDWARD HUNT FOOD COMPANY, INC. | * | |
| Defendants | * | |

************

## ORDER

The court file reflecting that service of process has been effected upon defendants E & S Markets, Inc. and Edward Hunt Food Company, Inc., and that defendants have not yet filed any response to the Complaint, it is, this 20th day of December, 2001,

ORDERED that plaintiffs file and serve by mail on the above named defendants a motion for entry of default by the Clerk and a motion for default judgment, or provide a report as to why such motions would be inappropriate, within 14 days of this order.

William M. Nickerson
United States District Judge