IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
2002 JAN 29 P 12: 20

| | |
|---|---|
| RICHFOOD HOLDINGS, INC., et al. | * |
| Plaintiffs | * |
| v. | *   CIVIL ACTION NO. WMN01-2671 |
| E & S MARKETS, INC., et al. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DEFAULT JUDGMENT

UPON CONSIDERATION of Plaintiffs' Motion for Entry of Default Judgment against Defendants E & S Markets, Inc. and Edward Hunt Food Company, Inc., it is this 29th day of January, 2002, by the United States District Court for the District of Maryland,

ORDERED that Default Judgment is entered as to Count I of Plaintiffs' Complaint in the amount of $29,019.54 against E & S Markets in favor of Richfood Holdings and Marketing Funding; and

IT IS FURTHER ORDERED that Default Judgment is entered as to Count II of Plaintiffs' Complaint in the amount of $65,652.12 against E & S Markets in favor of Richfood Holdings and Marketing Funding; and

IT IS FURTHER ORDERED that Default Judgment is entered as to Count IV of Plaintiffs' Complaint in the amount of $355,785.94 against E & S and Hunt Food in favor of Richfood Holdings, Richfood and Super Rite; and

IT IS FURTHER ORDERED that Default Judgment is entered as to Count V of Plaintiffs' Complaint in the amount of $26,924.94 against E & S in favor of Richfood Holdings and Foodarama; and

IT IS FURTHER ORDERED that Default Judgment is entered as to Count VI of Plaintiffs' Complaint in the amount of $65,039.27 against E & S and Hunt Food in favor of Richfood Holdings, Richfood and Super Rite; and

JUDGE, U.S. District Court for the
District of Maryland