IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RICHFOOD HOLDINGS, INC., et al. | * |
| Plaintiffs | * |
| vs. | *   Civil Action No.: WMN-01-2671 |
| EDWARD HUNT | * |
| Defendant | * |

\*\*\*\*\*\*

**ORDER**

Defendant Edward Hunt having filed bankruptcy proceedings in which an automatic stay has been issued, it is, this 29th day of January 2002,

ORDERED that said case be, and the same is hereby, closed administratively pending the disposition of the Bankruptcy proceedings. Plaintiffs are directed to advise this Court promptly of the disposition of the Bankruptcy proceedings in order that this Court may proceed with the above civil proceedings, if necessary.

William M. Nickerson, Judge
United States District Court

U.S. District Court (Rev. 12/1999)